DAVID QUINN, an Infant, by ESTELLE C. QUINN, His Guardian ad Litem, et al., Respondents, *v.* COLONIAL MOTOR COACH CORPORATION, Appellant.

(Argued January 21, 1935; decided February 26, 1935.)

*Jean A. Keller, Frederick Mellor* and *William Butler* for appellant.

*Samuel L. Sargent* and *Anthony J. Moleti* for respondents.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts. Held, that there was no evidence of negligence to submit to the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.